IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MAGDA TAYLOR**                                                                                          **PLAINTIFF**

v.                                              **CASE NO. 4:09CV00868 BSM**

**CASA BRAVA RESTAURANT, et al.**                                                    **DEFENDANTS**

## ORDER

The parties jointly move for dismissal with prejudice due to settlement. [Doc. No. 33].

The motion is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of September 2011.

_____
UNITED STATES DISTRICT JUDGE